■ In the Matter of ELENA ARRAZOLA, Appellant, v STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, APPEALS BOARD, Respondent. [12 NYS3d 680]—

Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered October 9, 2013 in a proceeding pursuant to CPLR article 78. The judg-

ment confirmed the determination of respondent to deny the application of petitioner for a driver's license and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner commenced this CPLR article 78 proceeding challenging respondent's determination pursuant to 15 NYCRR 136.5 (b) (2) denying her application for a driver's license. Supreme Court properly confirmed the determination and dismissed the petition on the ground that the determination was "neither irrational nor arbitrary and capricious" (*Matter of Sacandaga Park Civic Assn. v Zoning Bd. of Appeals of Town of Northampton*, 296 AD2d 807, 809 [2002]). Petitioner's facial challenge to 15 NYCRR part 136 is not preserved for our review, and we therefore do not address it (*see Matter of U.S. Energy Dev. Corp. v New York State Dept. of Envtl. Conservation*, 118 AD3d 1381, 1383 [2014]). Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.